# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD.<br>Plaintiff,<br><br>-against-<br><br>YLILILY<br>Defendant | Case No. 21-CV-5860-GHW<br><br>**NOTICE OF MOTION<br>TO DISMISS** |

PLEASE TAKE NOTICE that defendant YLILILY requests that the Court:

dismiss the complaint from plaintiff SMART STUDY CO., LTD. against to defendant YLILILY, because the judicial documents did not serve properly pursuant to FRCP Rule 12(b)(5).

In support of this motion, I submit the following documents (check all that apply):
my affidavit and memorandum

Dated: October 3, 2021

Respectfully submitted,
YLILILY

BY ___*Xie Youli*___

Xie Youli
youlytse@hotmail.com
No.4 Xiangandajie Qinghedonglu
Shiqiao Panyu District, Guangzhou
City, Guangdong Province, China
511400
Telephone: 86 020 84644588
Pro se for YLILILY