```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X
  SMART STUDY CO., LTD.,                                  :

                                                                  Plaintiff,   :     21-cv-5860-GHW

                                                                               :           ORDER
                  -against-                                  :

ACUTEYE-US, APZNOE-US,
BEIJINGKANGXINTANGSHANGMAOYOUXIANGONGSI,
BLUE VIVI, BONUSWEN,
CHANGGESHANGMAOYOUXIANGONGSI, CITIHOMY,
CKYPEE, DAFA INTERNATIONAL, DAZZPARTY,
FAMING, GEGEONLY, HAITING$, HAOCHENG-TRADE,
HAPPY PARTY-001, HEARTLAND GO, HUIBI-US, JOYSAIL,
JYOKER-US1, KANGXINSHENG1, LADYBEETLE, LICHE
CUPCAKE STAND, LVYUN, MARY GOOD SHOP, NA-
AMZ001, NAGIWART, NUOTING, QINGSHU, QT-US,
SALIMHIB-US, SAM CLAYTONDDG, SENSIAMZ
BACKDROP,
SHENZHENSHIXINDAJIXIEYOUXIANGONGSI, SMASSY
US, SMSCHHX, SUJIUMAISUSU, SUNNYLIFYAU, TELIKE,
THEGUARD, TONGMUMY, TOPIVOT, TUOYI TOYS, UNE
PETITE MOUETTE, WCH- US, WEN MIKE, WONDERFUL
MEMORIES, WOW GIFT, XUANNINGSHANGWU,
XUEHUA INC, XUIYUI7I, YAMMO202, YICHENY US,
YLILILY,
YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI,
YOOFLY, ZINGON US and 老兵俱乐部,

                                                Defendants.
------------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The Court has received Xie Youli o/b/o YLILILY's motion to dismiss, *see* Dkt. Nos. 24, 25; and Defendant Li Teng d/b/a TOPIVOT's motion to dissolve the preliminary injunction, *see* Dkt. Nos. 23, 26.  Plaintiff is directed respond to these filings no later than October 25, 2021.

Plaintiff is directed to serve a copy of this order on the defendants.

SO ORDERED.

Dated: October 5, 2021  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge