```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X
  SMART STUDY CO., LTD.,                                                        :
                                                                                :
                                                                                :          21-cv-5860-GHW
                                                         Plaintiff,             :
                                                                                :                ORDER
                                                                                :
                       -against-                                                :
                                                                                :
ACUTEYE-US, APZNOE-US,                                                          :
BEIJINGKANGXINTANGSHANGMAOYOUXIANGONGSI,                                        :
BLUE VIVI, BONUSWEN,                                                            :
CHANGGESHANGMAOYOUXIANGONGSI, CITIHOMY,                                         :
CKYPEE, DAFA INTERNATIONAL, DAZZPARTY,                                          :
FAMING, GEGEONLY, HAITING$, HAOCHENG-TRADE,                                     :
HAPPY PARTY-001, HEARTLAND GO, HUIBI-US, JOYSAIL,                               :
JYOKER-US1, KANGXINSHENG1, LADYBEETLE, LICHE                                    :
CUPCAKE STAND, LVYUN, MARY GOOD SHOP, NA-                                       :
AMZ001, NAGIWART, NUOTING, QINGSHU, QT-US,                                      :
SALIMHIB-US, SAM CLAYTONDDG, SENSIAMZ                                           :
BACKDROP,                                                                       :
SHENZHENSHIXINDAJIXIEYOUXIANGONGSI, SMASSY                                      :
US, SMSCHHX, SUJIUMAISUSU, SUNNYLIFYAU, TELIKE,                                 :
THEGUARD, TONGMUMY, TOPIVOT, TUOYI TOYS, UNE                                    :
PETITE MOUETTE, WCH- US, WEN MIKE, WONDERFUL                                    :
MEMORIES, WOW GIFT, XUANNINGSHANGWU,                                            :
XUEHUA INC, XUIYUI7I, YAMMO202, YICHENY US,                                     :
YLILILY,                                                                        :
YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI,                                            :
YOOFLY, ZINGON US and 老兵俱乐部,                                                    :
                                                                                :
                                                                                :
                                                         Defendants.            :
                                                                                X
-----------------------------------------------------------------------------------

GREGORY H. WOODS, District Judge:

      Plaintiff's request for an extension of time to file the case management plan and scheduling order and joint status letter, Dkt. No. 30, is granted in part and denied in part.  Plaintiff is ordered to

continue to use best efforts to reach out to the Defendants that have appeared in this case. If Plaintiff has been unable to contact any Defendants prior to October 26, 2021, it should file a letter on its own behalf informing the Court of the status of this matter. If Plaintiff contacts any additional Defendants prior to the initial pre-trial conference currently scheduled for November 22, 2021 at 4:00 p.m., Plaintiff should confer with those Defendants and submit a proposed case management plan and joint scheduling order prior to that conference. If Plaintiff is unable to contact any additional defendants, Plaintiff should be prepared to discuss the status of this case at the initial pre-trial conference.

    Plaintiff is directed to serve a copy of this order on the defendants.

    SO ORDERED.

Dated: October 22, 2021  
New York, New York

                                             GREGORY H. WOODS  
                                         United States District Judge