```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
                                                        DOC #: _____
                                                        DATE FILED: 11/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
SMART STUDY CO., LTD.,                                               :
                                                                     :
                                                                     :  21-cv-5860-GHW
                                                  Plaintiff,         :
                                                                     :  ORDER
                  -against-                                          :
                                                                     :
ACUTEYE-US, APZNOE-US,                                               :
BEIJINGKANGXINTANGSHANGMAOYOUXIANGONGSI,                             :
BLUE VIVI, BONUSWEN,                                                 :
CHANGGESHANGMAOYOUXIANGONGSI, CITIHOMY,                              :
CKYPEE, DAFA INTERNATIONAL, DAZZPARTY,                               :
FAMING, GEGEONLY, HAITING$, HAOCHENG-TRADE,                          :
HAPPY PARTY-001, HEARTLAND GO, HUIBI-US, JOYSAIL,                    :
JYOKER-US1, KANGXINSHENG1, LADYBEETLE, LICHE                         :
CUPCAKE STAND, LVYUN, MARY GOOD SHOP, NA-                            :
AMZ001, NAGIWART, NUOTING, QINGSHU, QT-US,                           :
SALIMHIB-US, SAM CLAYTONDDG, SENSIAMZ                                :
BACKDROP,                                                            :
SHENZHENSHIXINDAJIXIEYOUXIANGONGSI, SMASSY                           :
US, SMSCHHX, SUJIUMAISUSU, SUNNYLIFYAU, TELIKE,                      :
THEGUARD, TONGMUMY, TOPIVOT, TUOYI TOYS, UNE                         :
PETITE MOUETTE, WCH- US, WEN MIKE, WONDERFUL                         :
MEMORIES, WOW GIFT, XUANNINGSHANGWU,                                 :
XUEHUA INC, XUIYUI7I, YAMMO202, YICHENY US,                          :
YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI,                                 :
YOOFLY, ZINGON US and 老兵俱乐部,                                      :
                                                                     :
                                                  Defendants.        :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      The Court received Defendant YLILILY's *ex parte* motion to dismiss on October 3, 2021.

Dkt. No. 24. While the Court docketed YLILILY's motion, Defendant YLILILY is reminded that

corporate entities must appear through the Court through counsel.  *Rowland v. California Men's Colony*, 506 U.S. 194, 201–202 (1993).  Accordingly, YLILILY is directed to inform the Court via letter filed on ECF whether it is organized as a corporate entity.  If it is not a corporate entity, YLILILY is directed to identify the nature of the defendant, and if the defendant is a person, identify that person's identity.  If YLILILY is organized as a corporate entity, it must appear through counsel to proceed in this matter.  YLILILY is directed to submit the letter identifying the nature of the Defendant no later than November 29, 2021.

      Plaintiff is ordered to serve this letter on Defendant YLILILY and retain proof of service.

SO ORDERED.

Dated:  November 19, 2021  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge