> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X

SMART STUDY CO., LTD.,                                   :
                                                        :
                                                        :            21-cv-5860-GHW
                                            Plaintiff,   :
                                                        :               ORDER
              -against-                                  :
                                                        :
ACUTEYE-US, APZNOE-US,                                   :
BEIJINGKANGXINTANGSHANGMAOYOUXIANGONGSI, :
BLUE VIVI, BONUSWEN,                                     :
CHANGGESHANGMAOYOUXIANGONGSI, CITIHOMY, :
CKYPEE, DAFA INTERNATIONAL, DAZZPARTY,                   :
FAMING, GEGEONLY, HAITING$, HAOCHENG-TRADE, :
HAPPY PARTY-001, HEARTLAND GO, HUIBI-US, JOYSAIL, :
JYOKER-US1, KANGXINSHENG1, LADYBEETLE, LICHE :
CUPCAKE STAND, LVYUN, MARY GOOD SHOP, NA-               :
AMZ001, NAGIWART, NUOTING, QINGSHU, QT-US,              :
SALIMHIB-US, SAM CLAYTONDDG, SENSIAMZ                    :
BACKDROP,                                                :
SHENZHENSHIXINDAJIXIEYOUXIANGONGSI, SMASSY :
US, SMSCHHX, SUJIUMAISUSU, SUNNYLIFYAU, TELIKE, :
THEGUARD, TONGMUMY, TOPIVOT, TUOYI TOYS, UNE :
PETITE MOUETTE, WCH- US, WEN MIKE, WONDERFUL :
MEMORIES, WOW GIFT, XUANNINGSHANGWU,                    :
XUEHUA INC, XUIYUI7I, YAMMO202, YICHENY US,             :
YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI,                   :
YOOFLY, ZINGON US and 老兵俱乐部,                        :
                                                        :
                                            Defendants.  :
------------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        The Court will hold oral argument on Defendant Xie Youli's (d/b/a YLILILY) motion to

dismiss, Dkt. No. 24, and Defendant Li Teng's (d/b/a TOPIVOT) motion to dissolve the

preliminary injunction, Dkt. No. 23, on December 16, 2021 at 9:00 a.m.  The oral argument will be conducted via teleconference.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The oral argument will be conducted in English, and the parties and/or their counsel will be required to participate in English.  Defendants Youli and Teng are reminded that they may retain the services of a lawyer admitted in the Southern District of New York to represent them in this matter and participate in oral argument on their behalf.  If Defendant Youli or Defendant Teng wish participate in oral argument without representation, they may use the services of an interpreter. Should they choose to do so, they are directed to contact the Southern District of New York's Interpreter's Office at 212-805-0084 to obtain a list of qualified interpreters that can be retained for the oral argument.  Defendants Youli and Teng will bear the cost of interpretation services.  If Defendant Youli or Defendant Teng decides to retain an interpreter, they should inform the Court of that decision by letter no later than December 13, 2021.  That letter should include the name and phone number of the interpreter they have retained.

Plaintiff is directed to serve a copy of this order on all Defendants no later than December 6, 2021.

SO ORDERED.


Dated:  December 3, 2021
New York, New York

_____
GREGORY N. WOODS
United States District Judge