```
                                                              ┌─────────────────────────────┐
                                                              │ USDC SDNY                   │
                                                              │ DOCUMENT                    │
                                                              │ ELECTRONICALLY FILED        │
                                                              │ DOC #: _____        │
                                                              │ DATE FILED: 12/10/2021      │
                                                              └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- X

SMART STUDY CO., LTD.,     :

:

:     21-cv-5860-GHW

Plaintiff,   :

:     ORDER

-against-   :

:

ACUTEYE-US, APZNOE-US, :
BEIJINGKANGXINTANGSHANGMAOYOUXIANGONGSI, :
BLUE VIVI, BONUSWEN, :
CHANGGESHANGMAOYOUXIANGONGSI, CITIHOMY, :
CKYPEE, DAFA INTERNATIONAL, DAZZPARTY, :
FAMING, GEGEONLY, HAITING$, HAOCHENG-TRADE, :
HAPPY PARTY-001, HEARTLAND GO, HUIBI-US, JOYSAIL, :
JYOKER-US1, KANGXINSHENG1, LADYBEETLE, LICHE :
CUPCAKE STAND, LVYUN, MARY GOOD SHOP, NA- :
AMZ001, NAGIWART, NUOTING, QINGSHU, QT-US, :
SALIMHIB-US, SAM CLAYTONDDG, SENSIAMZ :
BACKDROP, :
SHENZHENSHIXINDAJIXIEYOUXIANGONGSI, SMASSY :
US, SMSCHHX, SUJIUMAISUSU, SUNNYLIFYAU, TELIKE, :
THEGUARD, TONGMUMY, TOPIVOT, TUOYI TOYS, UNE :
PETITE MOUETTE, WCH- US, WEN MIKE, WONDERFUL :
MEMORIES, WOW GIFT, XUANNINGSHANGWU, :
XUEHUA INC, XUIYUI7I, YAMMO202, YICHENY US, :
YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI, :
YOOFLY, ZINGON US and 老兵俱乐部, :

:

Defendants. :

---------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    Plaintiff's request to adjourn the oral argument currently scheduled for December 16, 2021 (the "Request"), Dkt. No. 53, is denied without prejudice. Though the Request states that "Plaintiff's counsel" has a conflict on December 16, 2021, the Court notes that two partners from

Plaintiff's counsel's firm have appeared in this case. It is not evident from the request that both partners are unavailable on December 16, 2021. If Plaintiff wishes to resubmit the Request because both partners are unavailable, or because other good cause for an adjournment exists, Plaintiff must do so no later than December 13, 2021.

Plaintiff is directed to serve a copy of this order on all Defendants.

SO ORDERED.

Dated: December 10, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge