```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
                                                        DOC #: _____
                                                        DATE FILED: 12/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X
  SMART STUDY CO., LTD., :
   :
   :                                                      21-cv-5860-GHW
                                                  Plaintiff, :
   :                                                      ORDER
                   -against- :
   :
ACUTEYE-US, APZNOE-US, :
BEIJINGKANGXINTANGSHANGMAOYOUXIANGONGSI, :
BLUE VIVI, BONUSWEN, :
CHANGGESHANGMAOYOUXIANGONGSI, CITIHOMY, :
CKYPEE, DAFA INTERNATIONAL, DAZZPARTY, :
FAMING, GEGEONLY, HAITING$, HAOCHENG-TRADE, :
HAPPY PARTY-001, HEARTLAND GO, HUIBI-US, JOYSAIL, :
JYOKER-US1, KANGXINSHENG1, LADYBEETLE, LICHE :
CUPCAKE STAND, LVYUN, MARY GOOD SHOP, NA- :
AMZ001, NAGIWART, NUOTING, QINGSHU, QT-US, :
SALIMHIB-US, SAM CLAYTONDDG, SENSIAMZ :
BACKDROP, :
SHENZHENSHIXINDAJIXIEYOUXIANGONGSI, SMASSY :
US, SMSCHHX, SUJIUMAISUSU, SUNNYLIFYAU, TELIKE, :
THEGUARD, TONGMUMY, TOPIVOT, TUOYI TOYS, UNE :
PETITE MOUETTE, WCH- US, WEN MIKE, WONDERFUL :
MEMORIES, WOW GIFT, XUANNINGSHANGWU, :
XUEHUA INC, XUIYUI7I, YAMMO202, YICHENY US, :
YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI, :
YOOFLY, ZINGON US and 老兵俱乐部, :
   :
   :
                                                 Defendants. :
------------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

Plaintiff's amended request to adjourn the oral argument currently scheduled for December

16, 2021 (the "Request"), Dkt. No. 55, is granted.  The oral argument is adjourned to December 21,

2021 at 9:00 a.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19,

which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

As stated in the Court's December 3, 2021 order, the oral argument will be conducted in English, and the parties and/or their counsel will be required to participate in English. Defendants Youli and Teng are reminded that they may retain the services of a lawyer admitted in the Southern District of New York to represent them in this matter and participate in oral argument on their behalf. If Defendant Youli or Defendant Teng wishes participate in oral argument without representation, they may use the services of an interpreter. Should they choose to do so, they should contact the Southern District of New York's Interpreter's Office at 212-805-0084 to obtain a list of qualified interpreters that can be retained for the oral argument. Defendants Youli and Teng will bear the cost of interpretation services. If Defendant Youli or Defendant Teng decides to retain an interpreter, they should inform the Court of that decision by letter no later than December 16, 2021. That letter should include the name and phone number of the interpreter they have retained.

The Court understands that Ms. Danielle S. Futterman plans to argue for Plaintiff at the oral argument. The Court requests that Mr. Jason Drangel or Ms. Ashly Sands attend the oral argument.

Plaintiff is directed to serve a copy of this order on all Defendants.

SO ORDERED.

Dated: December 13, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge