USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- X

SMART STUDY CO., LTD.,                                   :
                                                        :
                                                        :               21-cv-5860-GHW
                                         Plaintiff,      :
                                                        :                    ORDER
                    -against-                            :
                                                        :
ACUTEYE-US, APZNOE-US,                                   :
BEIJINGKANGXINTANGSHANGMAOYOUXIANGONGSI,                 :
BLUE VIVI, BONUSWEN,                                     :
CHANGGESHANGMAOYOUXIANGONGSI, CITIHOMY,                  :
CKYPEE, DAFA INTERNATIONAL, DAZZPARTY,                   :
FAMING, GEGEONLY, HAITING$, HAOCHENG-TRADE,              :
HAPPY PARTY-001, HEARTLAND GO, HUIBI-US, JOYSAIL,        :
JYOKER-US1, KANGXINSHENG1, LADYBEETLE, LICHE             :
CUPCAKE STAND, LVYUN, MARY GOOD SHOP, NA-                :
AMZ001, NAGIWART, NUOTING, QINGSHU, QT-US,               :
SALIMHIB-US, SAM CLAYTONDDG, SENSIAMZ                    :
BACKDROP,                                                :
SHENZHENSHIXINDAJIXIEYOUXIANGONGSI, SMASSY               :
US, SMSCHHX, SUJIUMAISUSU, SUNNYLIFYAU, TELIKE,          :
THEGUARD, TONGMUMY, TOPIVOT, TUOYI TOYS, UNE             :
PETITE MOUETTE, WCH- US, WEN MIKE, WONDERFUL             :
MEMORIES, WOW GIFT, XUANNINGSHANGWU,                     :
XUEHUA INC, XUIYUI7I, YAMMO202, YICHENY US,              :
YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI,                     :
                                                        :
YOOFLY, ZINGON US and 老兵俱乐部,                          :
                                                        :
                                         Defendants.     :
-------------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

Nabeela M. Hanif is granted leave to withdraw as counsel for plaintiff.  The Clerk of Court is instructed to terminate Nabeela M. Hanif from the list of active counsel in this case.

SO ORDERED.

Dated:  January 1, 2022
New York, New York

GREGORY H. WOODS
United States District Judge