

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Geoffrey Sant
tel: +1.212.858.1162
geoffrey.sant@pillsburylaw.com

April 7, 2022

**Via Electronic Filing**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re March 1 Request for Disinterested Legal Advice Concerning Electronic Service in China* – Amicus Brief.

Dear Judge Woods:

On behalf of Professor Benjamin Liebman and Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), we are honored to provide disinterested legal advice on Chinese law regarding the electronic service of process. We expect to provide you with the amicus brief in May, or as soon as possible after the Spring semester is over.

In the meantime, I write to let you know that we understand the request made by Your Honor and the purpose for which it was made, as well as to introduce the individuals who will draft the brief so that Your Honor may have confidence in its correctness.

Professor Benjamin Liebman is the Robert L. Lieff Professor of Law and head of Columbia Law School's Hong Yen Chang Center for Chinese Legal Studies. Professor Liebman is the author of over 30 scholarly articles, chapters, introductions and other works. He is widely regarded as the preeminent scholar of contemporary Chinese law. Professor Liebman's expertise is highly sought after in academic and political spheres alike. He has consulted with both the U.S. and Chinese governments on legal developments in China. Professor Liebman also serves as the director of the Parker School of Foreign and Comparative Law. Prior to joining Columbia in 2002, Professor Liebman was an associate in the London and Beijing offices of Sullivan & Cromwell. He also previously served as a law clerk to Justice David Souter and Judge Sandra Lynch of the First Circuit.

Geoffrey Sant is a partner and co-chair of Pillsbury's China Practice. Mr. Sant is fluent in four languages, including Chinese. He represents both U.S. and Chinese businesses and individuals in cross-border disputes, including representing such entities as Stanford University and Bank of China. He teaches "China in U.S. Litigation" at

The Honorable Gregory H. Woods
April 7, 2022
Page 2

Columbia Law School. He also teaches "Fundamental Lawyering Skills" at Fordham Law School. His legal writings have been cited by the New York Court of Appeals, among other courts. One of his writings on Chinese law was selected by *The Atlantic* as an "Exceptional Work of Journalism." He has been honored by the China Business Awards, and he has been named a "Young Sinologist" by China's Ministry of Culture. He has a JD from NYU Law and a Masters in Chinese and Japanese literature from Columbia.

Pillsbury is an AmLaw 100 law firm. Pillsbury has offices in Beijing, Shanghai, and Hong Kong. Pillsbury was selected by the *China Business Journal* as having one of the top international disputes practices for 2020-2021. Pillsbury was short-listed by *China Law & Practice Awards* for Firm of the Year in International Dispute Resolution for 2021.

We thank the Court for this opportunity to assist the Court.

                                                   Respectfully submitted,

                                                   /s/ *Geoffrey Sant*
                                                   Geoffrey Sant
                                                   PILLSBURY WINTHROP SHAW
                                                    PITTMAN LLP
                                                   31 West 52nd Street
                                                   New York, New York 10019
                                                   Tel.: 212-858-1000