USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X

SMART STUDY CO., LTD.,                                    :
                                                         :
                                                         :          21-cv-5860-GHW
                                           Plaintiff,     :
                                                         :               ORDER
                  -against-                               :
                                                         :
ACUTEYE-US, APZNOE-US,                                    :
BEIJINGKANGXINTANGSHANGMAOYOUXIANGONGSI,                  :
BLUE VIVI, BONUSWEN,                                      :
CHANGGESHANGMAOYOUXIANGONGSI, CITIHOMY,                   :
CKYPEE, DAFA INTERNATIONAL, DAZZPARTY,                    :
FAMING, GEGEONLY, HAITING$, HAOCHENG-TRADE,               :
HAPPY PARTY-001, HEARTLAND GO, HUIBI-US, JOYSAIL,         :
JYOKER-US1, KANGXINSHENG1, LADYBEETLE, LICHE              :
CUPCAKE STAND, LVYUN, MARY GOOD SHOP, NA-                 :
AMZ001, NAGIWART, NUOTING, QINGSHU, QT-US,                :
SALIMHIB-US, SAM CLAYTONDDG, SENSIAMZ                     :
BACKDROP,                                                 :
SHENZHENSHIXINDAJIXIEYOUXIANGONGSI, SMASSY                :
US, SMSCHHX, SUJIUMAISUSU, SUNNYLIFYAU, TELIKE,           :
THEGUARD, TONGMUMY, TOPIVOT, TUOYI TOYS, UNE              :
PETITE MOUETTE, WCH- US, WEN MIKE, WONDERFUL              :
MEMORIES, WOW GIFT, XUANNINGSHANGWU,                      :
XUEHUA INC, XUIYUI7I, YAMMO202, YICHENY US,               :
YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI,                      :
YOOFLY, ZINGON US and 老兵俱乐部,                          :
                                                         :
                                          Defendants.     :
------------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        Any response by Plaintiff to the June 7, 2022 Brief of Amici Curiae, Dkt. No. 94,  is due no

later than June 20, 2022.

        SO ORDERED.

    Dated:  June 8, 2022                        _____
    New York, New York                                GREGORY H. WOODS
                                                    United States District Judge