USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
SMART STUDY CO., LTD.,

                                    Plaintiff,

-against-

ACUTEYE-US, APZNOE-US, BEIJINGKANGXINTANGSHANGMAOYOUXIANGONGSI, BLUE VIVI, BONUSWEN, CHANGGESHANGMAOYOUXIANGONGSI, CITIHOMY, CKYPEE, DAFA INTERNATIONAL, DAZZPARTY, FAMING, GEGEONLY, HAITING$, HAOCHENG-TRADE, HAPPY PARTY-001, HEARTLAND GO, HUIBI-US, JOYSAIL, JYOKER-US1, KANGXINSHENG1, LADYBEETLE, LICHE CUPCAKE STAND, LVYUN, MARY GOOD SHOP, NA-AMZ001, NAGIWART, NUOTING, QINGSHU, QT-US, SALIMHIB-US, SAM CLAYTONDDG, SENSIAMZ BACKDROP, SHENZHENSHIXINDAJIXIEYOUXIANGONGSI, SMASSY-US, SMSCHHX, SUJIUMAISUSU, SUNNYLIFYAU, TELIKE, THEGUARD, TONGMUMY, TOPIVOT, TUOYI TOYS, UNE PETITE MOUETTE, WCH- US, WEN MIKE, WONDERFUL MEMORIES, WOW GIFT, XUANNINGSHANGWU, XUEHUA INC, XUIYUI7I, YAMMO202, YICHENY US, YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI, YOOFLY, ZINGON US and 老兵俱乐部,

                                    Defendants.
-------------------------------------------------------------------------- X

1:21-cv-5860-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       On July 21, 2022, the Court denied Plaintiff's request for default judgment on the basis that the defendants had not been properly served. *See* Dkt. No. 100; *Smart Study Co., Ltd. v. Acuetye-US et al.*, 2022 WL 2872297 (S.D.N.Y. July 21, 2022). Accordingly, no later than September 1, 2022, Plaintiff is ordered to show cause as to why this case should not be dismissed. Should Plaintiff choose to submit a brief in support of its response to this order to show cause, that brief should

not exceed ten double-spaced pages without prior leave of the Court.

SO ORDERED.

Dated: August 17, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge