```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
SMART STUDY CO., LTD., :
:
:
:
Plaintiff, :
:
-against- :
:
ACUTEYE-US, APZNOE-US, :
BEIJINGKANGXINTANGSHANGMAOYOUXIANGONGS :
I, BLUE VIVI, BONUSWEN, :
CHANGGESHANGMAOYOUXIANGONGSI, CITIHOMY, :
CKYPEE, DAFA INTERNATIONAL, DAZZPARTY, :
FAMING, GEGEONLY, HAITING$, HAOCHENG-TRADE, :
HAPPY PARTY-001, HEARTLAND GO, HUIBI-US, :
JOYSAIL, JYOKER-US1, KANGXINSHENG1, :        1:21-cv-5860-GHW
LADYBEETLE, LICHE CUPCAKE STAND, LVYUN, MARY :
GOOD SHOP, NA-AMZ001, NAGIWART, NUOTING, :   ORDER
QINGSHU, QT-US, SALIMHIB-US, SAM CLAYTONDDG, :
SENSIAMZ BACKDROP, :
SHENZHENSHIXINDAJIXIEYOUXIANGONGSI, SMASSY :
US, SMSCHHX, SUJIUMAISUSU, SUNNYLIFYAU, TELIKE, :
THEGUARD, TONGMUMY, TOPIVOT, TUOYI TOYS, :
UNE PETITE MOUETTE, WCH- US, WEN MIKE, :
WONDERFUL MEMORIES, WOW GIFT, :
XUANNINGSHANGWU, XUEHUA INC, XUIYUI7I, :
YAMMO202, YICHENY US, :
YONGCHUNCHENGQINGMAOYIYOUXIANGONGSI, :
YOOFLY, ZINGON US and 老兵俱乐部, :
:
:
:
Defendants. :
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has reviewed Plaintiff's response to the Court's order to show cause as to why this case should not be dismissed. Dkt. No. 110. The Court finds that Plaintiff's response provides a sufficient basis for the Court to not dismiss this case at this time.

Plaintiff is directed to submit a proposal concerning next steps in this action no later than July 25, 2023.

SO ORDERED.

Dated: July 18, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2