

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2023
```

# MEMORANDUM ENDORSED

September 22, 2023

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Smart Study Co., Ltd. v. Acuteye-US, et al.*
             Civil Case No. 21-cv-5860
             <u>Letter Request for Adjournment of Default Judgment Hearing</u>

Dear Judge Woods,

     We represent Plaintiff Smart Study Co., Ltd. ("Plaintiff"), in the above-referenced matter (the "Action").[1] On August 14, 2023, the Court entered an Order requiring Defaulting Defendants to show cause why default judgment and a permanent injunction should not be entered against them on October 3, 2023, at 1:00 p.m. ("DJ OSC Hearing"). (Dkt 120). In accordance with Your Honor's Individual Rules of Practice, Plaintiff respectfully requests an adjournment of the DJ OSC Hearing, and submits the following:

1. <u>**Original Date:**</u> October 3, 2023
2. <u>**The number of previous requests for adjournment:**</u> None, this is Plaintiff's first request for an adjournment of the DJ OSC Hearing.
3. <u>**The reason for the current request:**</u> The partner handling this case will be speaking at a conference in Virginia on October 3, 2023, the date of the currently scheduled DJ OSC Hearing.
4. <u>**Whether the adversary consents**</u>: All of the Defendants remaining in this action are currently in default, thus Plaintiff did not seek their consent.
5. <u>**Proposed alternative dates:**</u> Plaintiff respectfully proposes adjourning the Default Judgment Hearing to one of the following dates: October 10, 2023, October 11, 2023, October 12, 2023, or a date and time most convenient for the Court.

We thank the Court for its time and attention to this matter.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _/s/ Gabriela N. Nastasi_
Gabriela N. Nastasi
gnastasi@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

Plaintiff's application to adjourn the order to show cause hearing is granted.  The order to show cause hearing is adjourned to October 16, 2023 at 10:00 a.m.  Plaintiff is directed to serve this order on Defendants and to file proof of service.
SO ORDERED.

Dated: September 22, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge