```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
SMART STUDY CO., LTD.,                          :
:
                          Plaintiff,   :
:      1:21-cv-5860-GHW
        -against-                        :
:      <u>ORDER</u>
ACUTEYE-US, *et al.*,                           :
:
                       Defendants.      :
--------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On November 8, 2023, Plaintiff filed a supplemental memorandum of law, arguing for the entry of partial judgment against the forty-nine defaulting defendants, and indicating an intent "to file an interlocutory appeal on the Court's decision to deny Plaintiff's Motion for Default Judgment as to the Remaining Defendants pursuant to 28 U.S.C. § 1292." Dkt. No. 129 at 5. If Plaintiff wishes for the Court to enter partial judgment against the forty-nine defaulting defendants, Plaintiff should file a proposed order of partial judgment on which the Court can act.

      The Court will hold a status conference with respect to this matter by telephone on November 16, 2023 at 2:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

      Plaintiff's counsel is instructed to serve this order on Defendants and retain proof of service.

      SO ORDERED.

Dated: November 9, 2023
                                                                  _____
                                                                  GREGORY H. WOODS
                                                           United States District Judge