USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                                                                                            :
SMART STUDY CO., LTD.,                            :
                                                                                            :
                                            Plaintiff,       :
                                                                                       :                1:21-cv-5860-GHW
                              -against-                                       :
                                                                                               :                         ORDER
ACUTEYE-US, *et al.*,                                        :
                                                                                              :
                                                                  Defendants.    :
----------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On January 4, 2024, the Court dismissed Plaintiff's claims against the two then-remaining defendants and closed this case. Dkt. No. 143. On April 18, 2024, the case was reopened for the limited purpose of entering an order of asset turnover. *See* Dkt. No. 151. Given that that order has been granted, the Clerk of Court is directed to close this case.

       SO ORDERED.

Dated: May 24, 2024
New York, New York

                                                                                  GREGORY H. WOODS
                                                                     United States District Judge