**MANDATE**

1:21-cv-05860-GHW

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand twenty-five.

Before:        Barrington D. Parker,
                   Richard J. Sullivan,
                   Joseph F. Bianco,
                        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  1/9/2026

Smart Study Co., LTD.,

        Plaintiff - Appellant,

ABC,

        Plaintiff,

  v.

Shenzhenshixindajixieyouxiangongsi, Changgesshangmaoyouxiangongsi,

        Defendants - Appellees,

**JUDGMENT**

Docket No. 24-313

DEF, HAPPY PARTY-001, Tuoyi Toys, SALIMHIB-US, GeGeonly, NA-AMZ001, LICHE Cupcake Stand, BeijingKangxintangsshangmaoyouxiangongsi, Qingshu, Ckypee, Wch-us, Theguard, Sujiumaisusu, Mary Good Shop, Heartland GO, Blue Vivi, Topivot, Ivyun, SMSCHHX, Nagiwart, Xuanningshangwu, QT-US, LADYBEETLE, Sunnylifyau, XueHua INC, Tongmumy, WONDERFUL MEMORIES, Kangxinsheng1, Acuteye-US, Nuoting, Telike, Haocheng-Trade, YAMMO202, Une Petite Mouette, Joysail, Xuiyui7i, Zingon US, HAITing$, Yongchunchengqingmaoyiyouxiangongsi, Huibi-US, FAming, Bonuswen, APZNOE-US, Dazzparty, SMASSY US, DAFA International, Yicheny US, YLILILY, WOW GIFT, GaiFei Trade Co Ltd., Jyoker-US1, SAM CLAYTONddg, Citihomy, WEN MIKE, YooFly, Sensiamz Backdrop, Veterans Club,

        Defendants.

**MANDATE ISSUED ON 01/09/2026**

    The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was submitted on the district court's record and the parties' briefs.

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

    For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit